## HARRISON V. ELDRIDGE.

(Decided Jan. 16, 1912.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. GAINES & MATHIS, for appellee.

Per curiam. Affirmed for want of assignment of errors.